■ In the Matter of the Estate of FALCO MADONNA, Also Known as FRED MADONNA, Deceased. SHIRLEY A. ENGELBRIDE, Appellant; JOSEPH T. VITELLI et al., Respondents.—Decree of the Surrogate's Court, Putnam County, dated October 3, 1984, affirmed, with costs, for reasons stated in the opinion of Surrogate Hickman. Mangano, J. P., Thompson, Brown and Weinstein, JJ., concur.